[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14363
Non-Argument Calendar

_____

D.C. Docket No. 1:08-cr-00053-TFM-M-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSHUA HUNTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(July 1, 2021)

Before JORDAN, NEWSOM and MARCUS, Circuit Judges.

PER CURIAM:

Domingo Soto, appointed counsel for Joshua Hunter in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967) following the revocation of

Hunter's supervised release.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hunter's revocation of supervised release and sentence are **AFFIRMED**.